UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIPE VICINI LLUBERES, *et ano.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Respondent. )<br>) | Misc. Case No. 08-0384 (RMC) |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Respondent United States Department of State ("State Department," "Respondent," or "Agency") and Plaintiffs in the above captioned matter, jointly move, by and through their undersigned counsel, to set a briefing schedule for Plaintiffs' Motion to Compel Deposition Testimony Pursuant to Subpoenas ("Motion to Compel"). Specifically, the parties respectfully propose that this matter be governed by the schedule noted below. The grounds for this motion are as follows.

This case arises out of Plaintiffs' subpoena requests for information -- namely, documents and deposition testimony -- from certain current and former State Department officers ("Embassy Officials") in their official capacities regarding communications with Father Christopher Hartley concerning Plaintiffs and their family's sugar businesses. The State Department has agreed to produce documents responsive to Plaintiffs' subpoena requests as limited by the parties' discussions. Accordingly, the sole question before the Court is whether the Embassy Officials should be compelled to provide deposition testimony concerning the aforementioned communications.

On June 17, 2008, Plaintiffs filed their Motion to Compel. Due to delays associated with the security screening of defense counsel's mail, Respondent first received such motion by regular mail on June 19, 2008. Since receiving Plaintiff's Motion, defense counsel and Agency counsel has been diligently reviewing the submitted materials, but due to matters and deadlines in other pending cases Respondent has been unable to formulate an appropriate response by this date. Accordingly, defense counsel contacted Plaintiffs' counsel to request their consent to an extension of time to oppose the Motion to Compel.

As a result of such meet and confer discussions, the parties reached an agreement on a proposed schedule to govern all further briefing on Plaintiff's Motion to Compel and any cross-motion to quash. The proposed schedule is as follows:

* Respondent's Opposition to Plaintiff's Motion to Compel, along with any cross-motion(s) to quash, due on or before July 9, 2008;

* Plaintiffs' Reply as to their Motion to Compel and opposition to any cross-motion(s) to quash due on or before July 23, 2008; and

* Respondent's Reply to Plaintiffs' opposition to any cross-motion(s) to quash due on or before August 1, 2008.

The parties propose this schedule in good faith. Allowing Respondent additional time to oppose the Motion to Compel, and permitting the parties a small amount of additional to file successive papers, serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court enter the aforementioned schedule to govern this matter. A proposed order is attached.

- 3 -

Dated: July 1, 2008
       Washington, DC

Respectfully submitted,

| | |
|---|---|
| /s/ | |
| Benjamin G. Chew, D.C. Bar #418577 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Nigel L. Wilkinson, D.C. Bar #466221 | United States Attorney |
| Read K. McCaffrey | |
| Stephen Diaz Gavin | |
| | |
| PATTON BOGGS LLP | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| 2550 M St., NW | Assistant United States Attorney |
| Washington, DC 20037 | |
| (202)457-6015 | |
| | /s/ |
| *Attorneys for Plaintiffs* | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Respondent* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIPE VICINI LLUBERES, *et ano.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE, ) <br> ) <br> Respondent. ) <br> ) | Misc. Case No. 08-0384 (RMC) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to set schedule, and for good cause shown, it is hereby:

ORDERED that the joint motion is GRANTED;

ORDERED that Respondent shall have through and including July 9, 2008, to file an opposition to Plaintiffs' Motion to Compel and any cross-motion(s) to quash;

ORDERED that Plaintiffs shall have through and including July 23, 2008, to file any reply on their Motion to Compel and any opposition to any cross-motion(s) to quash; and it is further

ORDERED that Respondent shall have through and including August 1, 2008, to file any reply on any cross-motion(s) to quash.

SIGNED:

_____                                                      _____
Date                                                                                      ROSEMARY M. COLLYER
                                                                                                  United States District Judge

Copies to Counsel of Record by CM/ECF