UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIPE VICINI LLUBERES, *et ano.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Misc. Case No. 08-0384 (RMC) <br> ) |
| UNITED STATES DEPARTMENT OF STATE, | ) <br> ) |
| Respondent. | ) <br> ) |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5(b)(3), Respondent United States Department of State ("State Department," "Respondent," or "Agency") hereby notices that this matter is related to another active matter pending in this Court, namely *Hartley v. Lluberes, et ano.*, Misc. Case No. 08-mc-0010 (RJL) (D.D.C.), which as with the present matter, concerns the enforcement of a subpoena issued in the underlying action, *Lluberes, et ano. v. Uncommon Productions, et ano.*, Civ. A. No. 07-11623 (DPW) (D. Mass).

In the matter pending before Judge Leon, Father Christopher Hartley seeks to quash a third-party subpoena served by Plaintiffs for documents and deposition testimony. After briefing and oral argument, Judge Leon concluded that while Farther Hartley should be compelled to produce responsive documents, he would not be compelled to provide deposition testimony, presumably because Father Hartley (as with certain of the individuals subpoenaed in this matter) resides more than 100 miles outside the District of Columbia. Plaintiffs have filed a motion seeking clarification of Judge Leon's decision, which remains pending as of this date.

Accordingly, pursuant to Local Civil Rule 40.5(b)(3), undersigned counsel is compelled to file this Notice, as the present matter and the matter before Judge Leon are related because

they (i) involve common issues of fact (*e.g.*, whether the information sought by the subpoenas is relevant); and (ii) grow out of the same event or transaction (*i.e.*, the aforementioned civil action pending in the District of Massachusetts).

Contemporaneous with filing this Notice in the present matter, undersigned counsel has delivered a copy of this Notice to (i) the chambers of Judge Collyer and of Judge Leon, (ii) Defendants in the underlying action, and (iii) counsel for Father Hartley, pursuant to the above cited local rule. *Id.* ("Whenever an attorney for a party in a civil, including miscellaneous, [ ] action becomes aware of the existence of a related case or cases, the attorney shall immediately notify, in writing, the judges on whose calendars the cases appears and shall serve notice on counsel for all other parties.").

Dated: July 1, 2008
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR #498610
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　(202) 514-7143

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Respondent*