UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIPE VICINI LLUBERES, *et ano.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Misc. Case No. 08-0384 (RMC) <br> ) |
| UNITED STATES DEPARTMENT OF STATE, | ) <br> ) |
| Respondent. | ) <br> ) |

**RESPONDENT'S CROSS-MOTION TO QUASH,
OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

By and through its undersigned counsel, Respondent United States Department of State ("Department," "State," or "Respondent"), respectfully cross-moves this Court to quash the deposition subpoenas of Messrs. Michael J. Garuckis, David Searby, Alexander T. Bryan and Ambassador Hans H. Hertell pursuant to Federal Rules of Civil Procedure ("Rules") 45(b)(3), (c)(3)(A)(ii), and (c)(3)(A)(iv).

In the alternative, Respondent requests that the Court enter a Protective Order pursuant to Rule 26(c), limiting Plaintiffs to (a) one deposition (b) of one subpoenaed official who resides within 100 miles of this District (c) for a duration of only two hours and (d) solely on the topic of: communications between, on the one hand, Father Hartley and Noemi Mendez, and on the other, the deponent concerning Plaintiffs or the documentary film, *The Price of Sugar*; thereby excluding all other topics, including but not limited to: (i) any internal communications regarding Plaintiffs; (ii) any internal communications or opinions regarding Plaintiffs' inclusion on the Department's Human Rights Report; (iii) any opinions regarding the veracity or reasonableness of alleged defamatory statements; (iv) the deponent's observations of *bateyes*, including those

- 2 -

owned by Plaintiffs; and (v) external communications with individuals other than Father Hartley or Ms. Mendez regarding Plaintiffs or *The Price of Sugar*.

In support of this Motion, Respondent respectfully refers the Court to the accompanying memorandum of points and authorities in opposition to Plaintiff's Motion to Compel and in support of Respondent's Cross-Motion to Quash, or in the alternative, for a Protective Order, and the exhibits attached thereto.

Dated: July 9, 2008
Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Respondent*