CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FELIPE  VICINI  LLUBERES,       )
      ET AL                          )
                              )
           Plaintiff                 )
                              )
           v.                        )        Misc.  Case Number 08-384 (RJL)
                              )
                              )
                              )
UNITED STATES DEPARTMENT )        Category   0
         OF STATE                 )
                              )
          Defendants               )

## REASSIGNMENT OF CIVIL CASE

      The above-entitled case was reassigned on July 10,  2008 from  Judge

Rosemary M. Collyer to Judge Richard J. Leon by direction of the Calendar

Committee.

      (Case related to 08mc10 before Judge Leon)

                              JUDGE ELLEN S. HUVELLE
                              Chair, Calendar and Case
                              Management Committee

cc:   Judge Leon & Courtroom Deputy
       Judge Collyer & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk