UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FELIPE VICINI LLUBERES, *et ano.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE, ) <br> ) <br> Respondent. ) <br> ) | Misc. Case No. 08-0384 (RMC) |

## NOTICE OF SUGGESTION OF MOOTNESS

Respondent United States Department of State ("State Department," "Respondent," or "Agency"), by and through its undersigned counsel, respectfully submits this Notice to suggest that this miscellaneous matter is now moot. The discovery period in the action underlying this matter, *Lluberes, et ano. v. Uncommon Productions, LLC, et ano.*, Civ. A. No. 07-11623 (DPW), has now lapsed without Plaintiffs filing any request to extend the discovery period or for leave to take the depositions sought by this matter out of the discovery period. Indeed, the operative Amended Scheduling Order entered by Judge Woodlock in the underlying action states that "fact discovery is to be completed by **AUGUST 11, 2008,** unless shortened or enlarged by Order of this Court." Amended Scheduling Order, attached hereto (emphasis in original). Further, Plaintiffs have themselves opposed a motion by Defendants in the underlying action to take discovery outside the discovery period. *See* Resp's X-Mot. Reply (Docket Entry No. 9) at Exhibit 1. Accordingly, Respondent respectfully suggests that this matter is now moot, as discovery in the underlying action is now closed.

.

- 2 -

Dated: August 12, 2008
      Washington, DC

                       Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Respondent*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FELIPE VICINI LLUBERAS, et al**,
    Plaintiffs,

                          CIVIL ACTION NO.
    v.               **07-11623-DPW**

**UNCOMMON PRODUCTIONS, LLC,
et al**,
    Defendants.

## AMENDED SCHEDULING ORDER

WOODLOCK, J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    In accordance with this Court's Electronic Order dated June 5, 2008, granting the parties Consent Motion to Modify Scheduling Order, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) fact discovery is to be completed by **AUGUST 11, 2008,** unless shortened or enlarged by Order of this Court;

(2) dispositive motions are to be filed by **SEPTEMBER 8, 2008,** after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

(3) **ELECTRONIC FILING:** All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so.

(4) A further scheduling/status conference is rescheduled for **OCTOBER 14**, 2008 at **3:00 p.m.** in **Courtroom 1, on the 3rd Floor of the John Joseph Moakley United States Courthouse in Boston** before Judge Woodlock. By **10/7/08**, the parties shall file a JOINT STATUS REPORT indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters which should be addressed at the further conference.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter an amended scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Jarrett Lovett
DATE: 6/5/08                    Deputy Clerk