IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIPE VICINI LLUBERES, et al.** ) | |
| ) | |
| Plaintiffs/Movants, ) | |
| ) | |
| v. ) | Misc. Case No. 08-0384 (RJL) |
| ) | |
| **UNITED STATES DEPARTMENT OF STATE,** ) | |
| ) | |
| Respondent. ) | |

**RESPONSE TO STATE DEPARTMENT'S
NOTICE OF SUGGESTION OF MOOTNESS**

Movants Felipe and Juan Vicini Lluberes (the "Vicinis"), Plaintiffs in the underlying action pending in the United States District Court for the District of Massachusetts, *Lluberes, et al. v. Uncommon Productions, LLC, et al.*, Civ. Action No. 07-11623 (DPW), hereby respond to the United States Department of State's Notice of Suggestion of Mootness:

The Vicinis respectfully submit that the Department's Notice is premature and incorrect. The Vicinis have moved the Court in the underlying action for leave to continue the discovery period beyond the August 11, 2008 deadline for the limited purpose of taking the four depositions at issue in their Motion to Compel (and the State Department's corresponding Cross Motion to Quash) currently pending before this Honorable Court, which depositions were noticed to take place within the discovery period.

Dated: August 20, 2008

                                      Respectfully submitted,

                                            /s/ Benjamin G. Chew            
                                      Read K. McCaffrey
                                      Stephen Díaz Gavin
                                      Benjamin G. Chew (D.C. Bar # 418577)
                                      PATTON BOGGS LLP
                                      2550 M St, NW
                                      Washington, DC  20037
                                      Telephone:  (202) 457-6015
                                      Facsimile:  (202) 457-6315
                                      Email:  bchew@pattonboggs.com

                                      *Counsel for Movants/Plaintiffs Felipe and Juan Vicini Lluberes*


## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 20th day of August 2008, I caused to be filed electronically with the Court and served via first class mail, postage prepaid, the foregoing Response to State Department's Notice of Suggestion of Mootness, upon the following:

Brian P. Hudak, Esq.
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center
555 Fourth Street, NW
Washington, DC  20530
Telephone:   (202) 514-7143
E-mail:       brian.hudak@usdoj.gov

and

Royce Min, Esq.
Office of the Legal Adviser
United States Department of State
2201 C Street, NW
Washington, DC  20520
Telephone:   (202) 647-6823
E-mail:      minrb@state.gov

*Counsel for Respondent the United States Department of State*

Elizabeth C. Koch, Esq.
LEVINE SULLIVAN KOCH & SHULTZ, LLP
1050 17th Street, NW
Suite 800
Washington, DC  20036
Telephone:  (202) 508-1100
Facsimile:   (202) 861-9888
E-mail:      ekoch@lskslaw.com

*Counsel for Defendants in the Underlying Action,*
*William Haney and Uncommon Productions LLC*

                                                     /s/ Benjamin G. Chew