IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELIPE VICINI LLUBERES, et al.** ) | |
| ) | |
| Plaintiffs/Movants, ) | |
| ) | |
| v. ) | Misc. Case No. 08-0384 (RJL) |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Respondent. ) | |

### RESPONSE TO STATE DEPARTMENT'S REPLY REGARDING ITS NOTICE OF SUGGESTION OF MOOTNESS

Movants Felipe and Juan Vicini Lluberes (the "Vicinis"), Plaintiffs in the underlying action pending in the United States District Court for the District of Massachusetts, *Lluberes, et al. v. Uncommon Productions, LLC, et al.*, Civ. Action No. 07-11623 (DPW), hereby respond to the United States Department of State's ("State") Reply Regarding its Notice of Suggestion of Mootness, filed on August 25, 2008 ("Reply"). The Vicinis apologize to the Court for the *seriatim* filings on this issue, but they are compelled to correct the record as State's Reply, like its initial Notice, is inaccurate as to the status of proceedings in the underlying case.

1. In its August 25 Reply, State omitted the fact that, on August 22, Judge Woodlock entered several electronic orders concerning the continuation of certain discovery events in the underlying case, **Exhibit A**, specifically extending the date for filing discovery motions to August 29.

2. While State is correct that the Vicinis have opposed an extension of the August 11, 2008 discovery cut off in the underlying case, the Vicinis in the alternative requested leave on a limited basis to take the State employees' depositions out of time (should this Court decide to permit them) in a footnote to their Motion to Compel filed in the underlying action on August 20, 2008. *See* attachment to State's Reply.

4977063

3. In an abundance of caution, and prior to the August 29, 2008 deadline for filing discovery motions, the Vicinis formally moved for leave—with the Defendants' consent—that the State employees' depositions be taken out of time should this Court decide to permit them. A copy of the Vicinis' Consent Motion for Leave is attached hereto as **Exhibit B**.

4. Accordingly, contrary to the assertions in State's Reply, the Vicinis in fact timely moved to extend the discovery deadline in the underlying action for the limited purpose of taking the State employees' depositions, and the Vicinis' pending Motion to Compel those depositions is not moot.

Dated: August 29, 2008

Respectfully submitted,

 /s/ Benjamin G. Chew
Read K. McCaffrey
Stephen Díaz Gavin
Benjamin G. Chew (D.C. Bar # 418577)
PATTON BOGGS LLP
2550 M St, N.W.
Washington, DC 20037
Telephone: (202) 457-6015
Facsimile: (202) 457-6315
Email: bchew@pattonboggs.com

*Counsel for Movants/Plaintiffs Felipe and Juan Vicini Lluberes*

4977063

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August 2008, I caused to be filed electronically with the Court and served via first class mail, postage prepaid, the foregoing Response to State Department's Reply Regarding Its Notice of Suggestion of Mootness, upon the following:

Brian P. Hudak, Esq.
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone:     (202) 514-7143
E-mail:         brian.hudak@usdoj.gov

and

Royce Min, Esq.
Office of the Legal Adviser
United States Department of State
2201 C Street, N.W.
Washington, D.C.  20520
Telephone:     (202) 647-6823
E-mail:         minrb@state.gov

*Counsel for Respondent the United States Department of State*

Elizabeth C. Koch, Esq.
LEVINE SULLIVAN KOCH & SHULTZ, LLP
1050 17th Street, NW
Suite 800
Washington, DC  20036
Telephone:  (202) 508-1100
Facsimile:   (202) 861-9888
E-mail:         ekoch@lskslaw.com

*Counsel for Defendants in the Underlying Action,*
*William Haney and Uncommon Productions LLC*

                /s/ Benjamin G. Chew

4977063

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11623-DPW

| | |
|---|---|
| Lluberes et al v. Uncommon Productions, LLC et al | Date Filed: 08/31/2007 |
| Assigned to: Judge Douglas P. Woodlock | Jury Demand: None |
| Cause: 28:1332 Diversity-Libel,Assault,Slander | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Diversity |

**Plaintiff**

**Felipe Vicini Lluberes**  represented by  **Benjamin G Chew**
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
202-457-6015
Fax: 202-457-6315
Email: bchew@pattonboggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Block**
Block & Roos LLP
60 State Street
Suite 3800
Boston, MA 02109
617-223-1900
Fax: 617-227-1948
Email: block@blockroos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nigel Lance Wilkinson**
PATTON BOGGS, LLP
2550 M Street, N.W.
Washington, DC 20037
202-457-6147
Fax: 202-4576315
Email: nwilkinson@pattonboggs.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Read K. McCaffrey**
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037
202-457-5243
Fax: 202-457-6315
Email: rmccaffrey@pattonboggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Diaz Gavin**
Patton Boggs LLP

2550 M. St N.W.
Washinton, DC 20037
202-457-6015
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Vicini Lluberes**     represented by    **Benjamin G Chew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Block**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nigel Lance Wilkinson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Read K. McCaffrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Diaz Gavin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Uncommon Productions, LLC**     represented by    **Elizabeth C. Koch**
Levine Sullivan Koch & Schulz LLP
1050 17th Street, N.W.
Suite 800
Washington, DC 20036
202-508-1100
Fax: 202-861-9888
Email: BKoch@lskslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Bernard O'Keefe**
Levine Sullivan Koch & Schulz LLP
1050 Seventeenth Street, N.W.
Suite 880
Washington, DC 20036
202-508-1100
Fax: 202-861-9888
Email: jokeefe@lskslaw.com

*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Thomas Curley**  
Levine Sullivan Koch & Schulz LLP  
1050 17th Street, N.W.  
Suite 800  
Washington, DC 20036  
202-508-1100  
Fax: 202-861-9888  
Email: Tcurley@lskslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jonathan M. Albano**  
Bingham McCutchen LLP - MA  
One Federal Street  
Boston, MA 02110-1726  
617-951-8000  
Fax: 617-951-8736  
Email: jonathan.albano@bingham.com  
*ATTORNEY TO BE NOTICED*

**Lisa E. Kirby**  
Bingham McCutchen  
150 Federal Street  
Boston, MA 02110  
617-951-8561  
Fax: 617-951-8736  
Email: lisa.kirby@bingham.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **William M. Haney, III** | represented by | **Elizabeth C. Koch**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John Bernard O'Keefe**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Thomas Curley**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jonathan M. Albano**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Lisa E. Kirby**  
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2008 | 105 | Consent MOTION for Leave to File *to Take Depositions of U.S. State Department Employees out of time* by Felipe Vicini Lluberes, Juan Vicini Lluberes. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Wilkinson, Nigel) (Entered: 08/28/2008) |
| 08/25/2008 | 104 | Opposition re 92 MOTION to Compel *Plaintiffs to Permit Entry Onto Land* filed by Felipe Vicini Lluberes, Juan Vicini Lluberes. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Wilkinson, Nigel) (Entered: 08/25/2008) |
| 08/22/2008 | 103 | REPLY to Response to 76 MOTION to Compel *Plaintiffs to Make Four of Their Employees Available for Deposition (Leave to file granted on 8-22-2008)* filed by Uncommon Productions, LLC, William M. Haney, III. (O'Keefe, John) (Entered: 08/22/2008) |
| 08/22/2008 | 102 | SUR-REPLY to re 33 MOTION for Partial Summary Judgment *(Leave to file granted 8-22-2008)* filed by Uncommon Productions, LLC, William M. Haney, III. (O'Keefe, John) Modified text on 8/25/2008 (Seelye, Terri). (Entered: 08/22/2008) |
| 08/22/2008 | | ELECTRONIC NOTICE of Hearing on Motion 22 MOTION to Compel *Production of Documents from Plaintiffs Felipe Vicini Lluberes and Juan Vicini Lluberes*, 19 MOTION to Compel *Interrogatory Responses from Plaintiffs Felipe Vicini Lluberes and Juan Vicini Lluberes*, 68 MOTION to Strike *Declaration*, 92 MOTION to Compel *Plaintiffs to Permit Entry Onto Land*, 99 MOTION to Compel *Uncommon Productions to produce knowledgeable 30(b)(6) witness*, 76 MOTION to Compel *Plaintiffs to Make Four of Their Employees Available for Deposition*, 25 MOTION to Compel, 33 MOTION for Partial Summary Judgment, 87 MOTION for Protective Order : Motion Hearing set for 10/6/2008 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Lovett, Jarrett) (Entered: 08/22/2008) |
| 08/22/2008 | | Judge Douglas P. Woodlock: Electronic ORDER entered granting 89 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Jarrett) (Entered: 08/22/2008) |
| 08/22/2008 | | Judge Douglas P. Woodlock: Electronic ORDER entered GRANTING 82 Expedited MOTION for Leave to Take Limited Discovery to the extent that the current date for filing dispositive motions is vacated, and any dispositive motion shall be filed no later than 21 days after completion of the final deposition, inspection or other discovery event; final date for filing any further discovery motions is 8/29/08; a Hearing on all pending Discovery Motions and 33 Motion for Partial Summary Judgment is set for 10/6/2008 02:30 PM; 28 Motion to Expedite Hearing and 84 Motion for Leave to File are MOOT in light of this schedule; 85 Motion for Leave to File is GRANTED; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document; 100 Motion to Seal is GRANTED. (Lovett, Jarrett) (Entered: 08/22/2008) |
| 08/21/2008 | 101 | SEALED MEMORANDUM in Support re 100 , 99 of MOTION to Compel filed by Felipe Vicini Lluberes, Juan Vicini Lluberes. (Attachments: # 1 Chew Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12)(Seelye, Terri) (Entered: 08/22/2008) |
| 08/20/2008 | 100 | MOTION to Seal *Memorandum and Exhibits in Support of Motion to Compel* by Felipe |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FELIPE VICINI LLUBERES and JUAN VICINI LLUBERES**<br><br>Plaintiffs,<br><br>v.<br><br>**UNCOMMON PRODUCTIONS, LLC and WILLIAM M. HANEY, III,**<br><br>Defendants. | **CASE NO. 07 CA 11623 DPW** |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO TAKE DEPOSITIONS OF U.S. STATE DEPARTMENT EMPLOYEES OUT OF TIME**

Plaintiffs Felipe Vicini Lluberes and Juan Vicini Lluberes respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(g) for leave to take the depositions of certain current and former U.S. Department of State employees after the August 11, 2008, discovery deadline, to which the Defendants have consented. Because the premises for this motion are fully set forth below, the Vicinis do not attach a separate memorandum of points and authorities. Accordingly, in support of their motion, the Vicinis state as follows:

1. During discovery in this action, the Vicinis learned that Father Christopher Hartley, the main protagonist in *The Price of Sugar*, and the Vicinis' primary accuser, engaged employees of the United States' Department of State ("State") in his campaign against the Vicinis. Documents produced by Fr. Hartley show he actively communicated with (1) David Searby (formerly the Desk Officer for the Dominican Republic and now Press Attaché at the U.S. Embassy in the Dominican Republic); (2) Michael J. Garuckis (formerly the Legal Affairs Officer at the U.S. Embassy in the Dominican Republic); (3) Alexander T. Bryan (formerly the Labor and Human Rights Officer at the

U.S. Embassy in the Dominican Republic); (4) Michael D. Puccetti (currently a Global Affairs Officer in the Bureau of Western Hemisphere Affairs); and (5) Hans H. Hertell (formerly U.S. Ambassador to the Dominican Republic).[1]

2.      Accordingly, the Vicinis served subpoenas upon State seeking documents and deposition testimony from Mr. Searby on April 28, 2008, and from Messrs. Bryan, Garuckis and Puccetti and Amb. Hertell on May 9, 2008.  The Vicinis noticed the depositions for the last week of May 2008, long before the end of the initial discovery period.

3.      State objected to the subpoenas, claiming that the subpoenas sought irrelevant information and imposed undue burdens on the agency.[2]  After more than a month of continuous and lengthy negotiations, State agreed to produce some documents (after the Vicinis significantly narrowed their requests[3]), but refused to produce any individual for deposition.  The Vicinis and State did agree to a joint briefing schedule on the deposition issues, which was then accepted by the United Stats District Court for the District of Columbia.  *See* Docket Sheet for Case No. 08-mc-0384 (RJL) (D.D.C.), attached at **Exhibit 1**.

4.      The briefing schedule before the D.C. District Court was specifically crafted to ensure the conclusion of all briefing on the matter no later than August 1, 2008, (ten days before the end of the discovery period) and the parties did stick to that schedule.[4]  Implicit in constructing this

---

[1] Amb. Hertell was served with a second subpoena in his personal capacity on June 11, 2008.

[2] State claimed that the subpoenas, and the Vicinis' subsequent information production, failed to satisfy the agency's *Touhy* regulations; a position flatly rejected by the D.C. Circuit. *Watts v. S.E.C.*, 482 F.3d 501(D.C. Cir. 2007) (holding that the Federal Rules of Civil Procedure, not a federal agency's *Touhy* regulations, govern the agency's compliance with a federal court subpoena.  This holds true both as to requests for documents or live testimony, because the agency *Touhy* regulations are for "housekeeping" purposes only).

[3] The Vicinis agreed as an accommodation to State to limit deposition testimony only from Searby, Bryan, Garuckis and Hertell.

[4] The Vicinis filed their motion to compel on June 17, 2008.  State filed its opposition and a motion to quash on July 9.  The Vicinis filed their responsive papers on July 23, and State filed its final reply on August 1.  **Exhibit 1.**

2

schedule (and indeed, the Vicinis' gave State additional time to respond to the motion to compel)[5] was the notion that should the D.C. District Court grant the motion to compel, the depositions would go forward after the August 11, 2008, discovery close-date.

5. In their moving papers before the D.C. District Court, the Vicinis explained, among other things, that testimony from the four identified individuals as to their communications with Fr. Hartley is highly relevant: Fr. Hartley has actively avoided being a witness in this case, going as far as perjuring himself in an effort to avert responding to a properly-served subpoena, and is unlikely to return to the United States until after this case is over.[6] Thus, the only way to discover the substance of Fr. Hartley's communications about the Vicinis and *The Price of Sugar* is to examine the second parties to those communications; that is, the identified State employees. *See* Case No. 08-mc-00384 (RJL) (D.D.C.) Docket Nos. 1, 9. The Honorable Richard J. Leon has yet to rule on the Vicinis' motion to compel.

6. In an apparent reversal, two days after the discovery period closed, State filed what it called, a "Notice of Suggestion of Mootness." **Exhibit 1**, Docket No. 10. In that "Notice," State attempted to short-circuit the pending motion to compel by arguing that because the discovery period in the underlying action had closed on August 11, 2008, the Vicinis were necessarily precluded from taking any further discovery, and therefore the D.C. District Court had no need to further consider the Vicinis' motion to compel. The Vicinis responded to State's "Notice" noting that this Court had yet to rule on a number of pending discovery motions, including motions to extend the discovery period for certain limited purposes, such as taking previously noticed depositions. Indeed, as part of their Motion to Compel filed in this Court on August 20 (Docket No.

---

[5] The Local Rules for the U.S.D.C. for the District of Columbia require oppositions to be filed within 11 days after service of a motion. D.D.C. Local Rule 7(b).

[6] The Vicinis believe Fr. Hartley is not a U.S. citizen and is currently serving an assignment in Ethiopia.

99, fn. 2) the Vicinis asked for leave to take the State employees' depositions out of time in the interests of fairness should the Court grant the Defendants' motions for leave to take depositions noticed prior to August 11.

8.      While the Vicinis believe that the issue of leave to take the State employees' depositions is already before the Court in Docket No. 99, footnote 2, out of an abundance of caution, they now seek such leave by separate motion. The Defendants have consented to the relief sought by this Motion for Leave.

WHEREFORE, for the foregoing reasons, the Vicinis respectfully request that this Court grant them leave to depose the four current or former U.S. Department of State employees. A proposed Order is attached.

### Local Rule 37.1 Certification

Counsel for the Vicinis hereby certifies that on August 26, 2008, they telephoned the Defendants' counsel who consented to the Vicinis obtaining leave to depose the previously-subpoenaed State employees.

Respectfully submitted,

　　　/s/ Benjamin G. Chew　　　
Read K. McCaffrey (admitted *pro hac vice*)
Stephen Diaz Gavin (admitted *pro hac vice*)
Benjamin G. Chew (admitted *pro hac vice*)
Nigel L. Wilkinson (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC  20037
Telephone:  (202) 457-6015
Facsimile:  (202) 457-6315
e-mail:  bchew@pattonboggs.com

Jessica Block
BLOCK & ROOS LLP
60 State Street
Suite 3800
Boston, MA  02109
617-223-1900
Fax: 617-227-1948
Email: block@blockroos.com

Dated:  August 28, 2008

*Counsel for Plaintiffs*
*Felipe Vicini Lluberes and Juan Vicini Lluberes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2008, the foregoing Motion for Leave was filed with the Court via its CM/ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

　　/s/ Benjamin G. Chew　　　　
Benjamin G. Chew (admitted *pro hac vice*)

5